Case 2:23-cv-00172   Document 34   Filed on 03/11/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOY WRIGHT, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:23-CV-00172 |
| | § | |
| EDUCATION SERVICE CENTER, REGION 2, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order on Defendant's motion for summary judgment, (D.E. 33), the Court enters final judgment dismissing with prejudice all claims against Defendant in this cause. FED. R. CIV. P. 58. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
       March 11, 2025